# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **EDWARD M. CORNETT,** | ) | **Civil Action No. 1:05cv00101** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **SHERIFF JACK WEISENBURGER,** | ) | **By: GLEN M. WILLIAMS** |
| **et al.,** | ) | **Senior United States District** |
| | ) | **Judge** |
| **Defendant.** | ) | |

This case is before the court on the defendant's Motion to Dismiss the case with respect to the John Doe defendants, (Docket Item No. 26), ("Motion"), filed on October 9, 2006. The case was referred to the Honorable Pamela Meade Sargent, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge submitted a report and recommended disposition of this case recommending that the Motion be granted, (Docket Item No. 32). No objections to this report and recommendation were filed, and the court, upon a review of the record, is of the opinion that the Magistrate Judge's report should be affirmed.

Thus, for the reasons detailed in the Magistrate Judge's report and recommendation, the defendant's Motion is hereby **GRANTED**, and the John Doe defendants are dismissed from this case.

The Clerk is directed to enter this Order and to send copies of this Order to

-1-

all counsel of record.

**ENTER:** This 31st day of January, 2007.

THE HONORABLE GLEN M. WILLIAMS
SENIOR UNITED STATES DISTRICT JUDGE